*Certiorari Granted.* (*See also Nos. 139 and 301, supra.*)

No. 292. BRUNSON *v.* NORTH CAROLINA;

No. 293. KING *v.* NORTH CAROLINA;

No. 294. JONES *v.* NORTH CAROLINA;

No. 295. JAMES ET AL. *v.* NORTH CAROLINA; and

No. 296. WATKINS ET AL. *v.* NORTH CAROLINA. 

Certiorari granted. *Nathan Witt* for petitioners. *Harry McMullan,* Attorney General of North Carolina, and *James E. Tucker,* Assistant Attorney General, for respondent. 

No. 427. TRUPIANO ET AL. *v.* UNITED STATES. 
 Certiorari granted. *Frank G. Schlosser* for petitioners. *Solicitor General Perlman, Assistant Attorney General Quinn* and *Robert S. Erdahl* for the United States.

*Certiorari Denied.*

No. 379. GRAND RIVER DAM AUTHORITY *v.* GRAND-HYDRO, INC. Certiorari denied. *Robert Leander Davidson* for petitioner. *Samuel Frank Fowler* for respondent. *Solicitor General Perlman* filed a brief for the United States, as *amicus curiae,* supporting the petition. 

No. 404. BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN, OCEAN LODGE No. 76, ET AL. *v.* TUNSTALL ET AL. Certiorari denied. *Harold C. Heiss, Russell B. Day, William G. Maupin* and *Ralph M. Hoyt* for petitioners. *Charles H. Houston* and *Joseph C. Waddy* for respondents. *James B. McDonough, Jr., W. R. C. Cocke* and *Frank J. Wideman* filed a brief for the Seaboard Air Line Railroad Co., as *amicus curiae,* supporting the petition.